UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY CHRISTINE SCHNETZLER,<br>individually and on behalf of all others<br>similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br>a Delaware corporation,<br><br>   Defendant. | Civil Action No. 3:14-cv-01360-MPS<br><br><br>OCTOBER 14, 2014 |

## **NOTICE OF APPEARANCE**

To: The clerk of court and all parties of record

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charter Communications, Inc.

Date: October 14, 2014  /s/ Frank A. Sherer III
            Frank A. Sherer III (ct27149)
            McElroy, Deutsch, Mulvaney & Carpenter, LLP
            One State Street, 14th Floor
            Hartford, CT 06103-3102
            fsherer@mdmc-law.com
            Tel (860) 522-5175
            Fax (860) 522-2796

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electric filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                       /s/     Frank A. Sherer III
                                                    Frank A. Sherer III