IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY CHRISTINE SCHNETZLER, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 3:14-cv-01360-MPS |
| Plaintiff, | : | |
| v. | : : | |
| CHARTER COMMUNICATIONS, INC., | : : | |
| Defendant. | : | OCTOBER 14, 2014 |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 7(b)(1)(a), and with the consent of counsel for Plaintiff, Defendant Charter Communications, Inc. ("Charter") hereby moves to extend Charter's time to answer or otherwise move pursuant to Fed. R. Civ. P. 12 to December 17, 2014.

Counsel for Charter has contacted Jonathan Shapiro and Benjamin Richman, counsel for Plaintiff, and Plaintiff consents to the requested extension of time. This is Charter's first request for an extension of time with respect to this deadline.

The additional time is sought for good cause, and not for purposes of delay. Counsel for the parties have discussed the allegations in Plaintiff's lawsuit, and Charter requires additional time to confer with its counsel concerning the allegations of the Complaint and the most appropriate pleading to file.

WHEREFORE, Charter respectfully requests that its deadline to answer or otherwise move pursuant to Fed. R. Civ. P. 12 be extended up to and including December 17, 2014.

DEFENDANT:
CHARTER COMMUNICATIONS, INC.


By /s/   Frank A. Sherer III
      Frank A. Sherer III (ct27149)
      McElroy, Deutsch, Mulvaney & Carpenter, LLP
      One State Street, 14th Floor
      Hartford, CT 06103
      Telephone: (860) 241-2693
      Facsimile: (860) 522-2796
      Email: fsherer@mdmc-law.com

**CERTIFICATE OF SERVICE**

      I certify that on October 14, 2014, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's CM/ECF system.

      /s/     Frank A. Sherer III
             Frank A. Sherer III