IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY CHRISTINE SCHNETZLER, individually and on behalf of all others similarly situated, | : CIVIL ACTION NO. 3:14-cv-01360-MPS |
| Plaintiff, | : |
| v. | : |
| CHARTER COMMUNICATIONS, INC., | : |
| Defendant. | : OCTOBER 30, 2014 |

**AFFIDAVIT OF RAGAN NARESH**

I, Ragan Naresh, being duly sworn, do hereby depose and say that:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I make this affidavit in support of the motion, made pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, for my admission *pro hac vice* to represent the Defendant Charter Communications, Inc. in the above-captioned matter.

3. I am a partner in the law firm of Kirkland & Ellis LLP in the firm's office located at:

   655 15th Street NW, Suite 1200
   Washington, DC 20005-5701
   (202) 879-5267 (telephone)
   (202) 879-5200 (facsimile)

4. My email address is ragan.naresh@kirkland.com.

5. The following is a list of each court of which I am, or have ever been, a member, with corresponding bar identification numbers:

   a. the District of Columbia (bar identification no. 984732);

FAS/34446/2/1250716v1
10/09/14-HRT/LFG

b. the State of New York (registration no. 4583464);

c. the United States District Court for the District of Columbia (bar identification no. 984732);

d. the United States District Court for the Northern District of Ohio (no bar identification number assigned);

e. the United States District Court for the Central District of Illinois (no bar identification number assigned);

f. the U.S. Court of Appeals for the Second Circuit (no bar identification number assigned);

g. the U.S. Court of Appeals for the Fourth Circuit (no bar identification number assigned); and

h. the U.S. Court of Appeals for the Eighth Circuit (no bar identification number assigned).

6. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

7. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn my application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

8. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules for the United States District for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. I designate my sponsoring attorney, Frank A. Sherer III, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice* in the above-captioned matter.

10. I will promptly, and at least within sixty (60) days of my admission *pro hac vice* in the above-captioned matter, file with the Clerk of the United States District Court for the

District of Connecticut a certificate of good standing from the bar of the District of Columbia, where I have my primary office.

11.   The required $75.00 fee has been tendered along with the motion for my admission *pro hac vice* in the above-captioned matter.

12.   The foregoing is true and correct to the best of my knowledge, information and belief.

FAS/34446/2/1250716v1
10/09/14-HRT/LFG

Dated this 30th day of October, 2014, at Washington, D.C.

_____
Ragan Naresh

District of Columbia

This instrument was acknowledged before me on October 30, 2014 by Ragan Naresh.

_____
Notary Public
My Commission Expires: September 30, 2019

NADINE DELORES EDMONDS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 30, 2019

FAS/34446/2/1250716v1
10/09/14-HRT/LFG