IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY CHRISTINE SCHNETZLER, individually and on behalf of all others similarly situated, | Case No. 5:14-cv-01360 |
| *Plaintiff*, | Judge Michael P. Shea |
| v. | |
| CHARTER COMMUNICATIONS, INC., a Delaware corporation, | |
| *Defendant*. | November 26, 2014 |

**CONSENT MOTION TO EXTEND DEADLINE FOR
PARTIES TO FILE A JOINT 26(f) REPORT**

Pursuant to Local Rule 7(b), Plaintiff Nancy Christine Schnetzler, with the consent of Defendant Charter Communications, Inc., moves to extend the default deadline to file the Parties' Rule 26(f) Report, as established by this Court's Order on Pretrial Deadlines (Dkt. 2). In support of this motion, Plaintiff states as follows:

1.  Plaintiff filed her Class Action Complaint and Demand for Jury Trial ("Complaint") on September 17, 2014. (Dkt. 1.) Pursuant to this Court's Standing Order on Scheduling in Civil Cases, the Court entered its Order regarding Pretrial Deadlines, requiring that the Parties hold a Rule 26(f) conference no later than November 13, 2014 and jointly file their Rule 26(f) Report no later than December 1, 2014. (Dkt. 2.)

2.  On October 14, 2014, Defendant filed a consent motion with the Court, seeking an extension of time until December 17, 2014 to answer or otherwise respond to the Complaint, which the Court granted the next day. (Dkts. 10, 11.)

3.	Pursuant to the Court's Standing Order and Pretrial Deadline Order, on October 10 and 13, and November 13, 18, 20, and 25, 2014, counsel for the Parties conferred pursuant to Federal Rule of Civil Procedure 26(f).

4.	Counsel for the Parties are still engaged in open and collaborative discussion regarding several issues that require further investigation of certain facts and information from the Parties.

5.	As the facts and information required by both Parties to complete their Rule 26(f) Report will take time to develop fully, and in light of the upcoming Thanksgiving holiday, Plaintiff, with the consent of Defendant, seeks an extension of the deadline to file the Parties' Rule 26(f) Report until December 17, 2014, coinciding with Defendant's deadline to file its Motion to Dismiss.

6.	For the reasons stated herein, good cause exists to grant the continuance requested in this motion. The relief requested herein is sought in good faith and not for any improper purpose, such as delay, and granting the proposed extension will not affect any other scheduled dates or deadlines in this proceeding.

WHEREFORE, Plaintiff respectfully requests that the deadline to file the Parties' Rule 26(f) Report be extended to December 17, 2014.

Respectfully submitted,

By: J. Dominick Larry
   One of Plaintiff's Attorneys

Benjamin H. Richman (il6300668)*
brichman@edelson.com
J. Dominick Larry (phv07148)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

Tel: 312.589.6370
Fax: 312.589.6378

Jonathan M. Shapiro (ct24075)
jshapiro@shapirolawofficesct.com
SHAPIRO LAW OFFICES, LLC
104 Court Street
Middletown, Connecticut 06457
Tel: 860.347.3325
Fax: 860.347.3874

*Motion for admission *pro hac vice* to be filed

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on November 26, 2014, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's CM/ECF system.

                                                           s/ J. Dominick Larry