# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY CHRISTINE SCHNETZLER, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 3:14-cv-01360-MPS |
| Plaintiff, | : : | |
| v. | : : | |
| CHARTER COMMUNICATIONS, INC., | : : | |
| Defendant. | : | DECEMBER 17, 2014 |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Charter Communications, Inc. ("Charter") moves for dismissal of Plaintiff's Telephone Consumer Protection Act claim because Plaintiff has failed to sufficiently plead that Charter used an automatic telephone dialing system as required by the statute.  Defendant requests that the Court grant its Motion and dismiss the Complaint.

**ORAL ARGUMENT REQUESTED**

DEFENDANT:
CHARTER COMMUNICATIONS, INC.


By /s/   Frank A. Sherer III
    David E. Rosengren (ct05629)
    Frank A. Sherer III (ct27149)
    McElroy, Deutsch, Mulvaney & Carpenter, LLP
    One State Street, 14th Floor
    Hartford, CT  06103
    Telephone: (860) 522-5175
    Facsimile: (860) 522-2796
    Email: drosengren@mdmc-law.com
    Email: fsherer@mdmc-law.com

    Jeffrey S. Powell (phv07106)
    Ragan N. Naresh (phv07105)
    Kathleen A. Brogan (phv07107)
    Kirkland & Ellis LLP
    655 Fifteenth Street, N.W.
    Washington, D.C.  20005
    Telephone: (202) 879-5000
    Facsimile: (202) 879-5200
    jpowell@kirkland.com
    ragan.naresh@kirkland.com
    kathleen.brogan@kirkland.com

## **CERTIFICATE OF SERVICE**

I certify that on December 17, 2014, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's CM/ECF system.

                                        /s/      Frank A. Sherer III
                                                Frank A. Sherer III

FAS/C1341/1001/1266128v1
12/17/14-HRT/LFG