IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NANCY CHRISTINE SCHNETZLER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 3:14-cv-01360<br><br>Judge Michael P. Shea<br><br><br><br><br><br>April 10, 2015 |

## **STIPULATION OF DISMISSAL**

Plaintiff Nancy Christine Schnetzler ("Schnetzler") and Defendant Charter Communications, Inc. ("Charter") (collectively, the "Parties"), hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal *with prejudice* of this case. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on September 17, 2014, Schnetzler filed her Class Action Complaint against Charter. (Dkt. 1);

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties may stipulate to the dismissal of Schnetzler's claims in this matter without a Court order;

WHEREAS, the Parties have conducted fact discovery on the issue of whether an auto-dialer was used to place the telephone calls placed to Plaintiff, and the period for such discovery has closed;

WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal of Plaintiff's individual claims, *with prejudice*;

WHEREAS, the Parties have further conferred and agreed that the Parties shall each bear

1

their own attorneys' fees and expenses incurred in any way related to this action;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. Plaintiff's claims shall be dismissed *with prejudice*;

2. The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to this dismissal.

IT IS SO STIPULATED.

\*   \*   \*

**NANCY CHRISTINE SCHNETZLER**,
individually and on behalf of all others similarly situated,

Dated: April 10, 2015        By:  s/ J. Dominick Larry
                                    One of Plaintiff's Attorneys

Benjamin H. Richman (phv07173)
brichman@edelson.com
J. Dominick Larry (phv07148)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Jonathan M. Shapiro (ct24075)
jshapiro@shapirolawofficesct.com
SHAPIRO LAW OFFICES, LLC
104 Court Street
Middletown, Connecticut 06457
Tel: 860.347.3325
Fax: 860.347.3874

**CHARTER COMMUNICATIONS, INC.**

Dated: April 10, 2015        By: s/ Ragan Naresh
                                    One of Defendant's Attorneys

Jeffrey S. Powell (phv07106)
jeff.powell@kirkland.com
Ragan Naresh (phv07105)
ragan.naresh@kirkland.com
Kathleen A. Brogan (phv07107)
kathleen.brogan@kirkland.com
KIRKLAND & ELLIS LLP
650 15th Street NW, Suite 1200
Washington, DC 20005
Tel: 202.879.5000
Fax: 202.879.5200

David E. Rosengren (ct05629)
drosengren@mdmc-law.com
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
One State Street, 14th Floor
Hartford, CT 06103
Tel: 860.241.2693
Fax: 860.522.2796

## **CERTIFICATE OF SERVICE**

  I certify that on April 10, 2015, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's CM/ECF system.

              s/ J. Dominick Larry